JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEON, | Case No. CV 14-6464 DSF (JEMx) |
| Plaintiff, | |
| v. | JUDGMENT |
| BANK OF AMERICA, | |
| Defendant. | |
| _____ | |

The Court having previously issued an order dismissing the complaint with leave to amend by October 3, 2014, and plaintiff having failed to amend the complaint,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed with prejudice.

Dated:  10/21/14

_____
DALE S. FISCHER
United States District Judge